IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HENRY S. WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CV0423 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOE BAULDER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on filing no. 76, the motion for a hearing, filed by the plaintiff.  Filing no. 76 is denied at this time because matters concerning a hearing will be decided in the ordinary course of the Court's business.

SO ORDERED.

DATED this 24th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge